UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Shropshire, Brian J. and Kimberly K.

Chapter 7 Case No. 09-45333

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORP. For GE MONEY BANK 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131 | 10 | $ 928.39 | $ 3.33 |

Date 5-21-10

J. Richard Stermer, Trustee

[Received stamp: 10 MAY 24 AM 9:40 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN]

[Handwritten: Receipt # 190797]